UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) |
| vs. | ) NO. 1:13-cv-00667-SEB-MJD |
| MITCHELL LINTON, | ) |
| Defendant. | ) |

**SCHEDULING ORDER**
**HON. MAGISTRATE JUDGE MARK J. DINSMORE**

This matter is set for a telephone status conference on **Wednesday, October 16, 2013 at 10:00 a.m.** The purpose of the conference is to discuss Plaintiff's Notice of Voluntary Dismissal. Counsel shall attend the conference by calling the designated phone number, to be provided by the Court via email generated by the Court's ECF system.

Dated: 10/03/2013

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel