# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                                             Civil Action No. 1:13-cv-00667-SEB-MJD

MITCHELL LINTON,

    Defendant.

_____/

## PLAINTIFF'S AMENDED NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE OF MITCHELL LINTON

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses Mitchell Linton ("Defendant") from this action <u>without prejudice.</u>  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) Defendant has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.  Mitchell Linton was assigned the IP Address 68.57.211.133.  After due search, careful inquiry and diligent attempts Plaintiff has been unable to serve Defendant.

    Dated:  October 17, 2013

                                                    Respectfully submitted,

                                                  By:   /s/ *Paul J. Nicoletti*
                                                  Paul J. Nicoletti
                                                  paul@nicoletti-associates.com
                                                  Law Office of Nicoletti & Associates, PLLC
                                                  36880 Woodward Avenue, Suite 100
                                                  Bloomfield Hills, MI 48304
                                                  Phone:  248-203-7800
                                                  *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 17, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                              By:  /s/ *Paul J. Nicoletti*
                                                   Paul J. Nicoletti