```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF INDIANA
                    INDIANAPOLIS DIVISION


MALIBU MEDIA, LLC,              )
                                )
          Plaintiff,            )
     vs.                        ) NO. 1:13-cv-00667-SEB-MJD
                                )
MITCHELL LINTON,                )
                                )
          Defendant.            )
```

**MINUTE ENTRY FOR OCTOBER 16, 2013**
**STATUS CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

Parties appeared by telephone for a Status Conference. This call was scheduled to clarify Plaintiff's Notice of Voluntary Dismissal [Dkt. 26]. Plaintiff will refile its Notice of Voluntary Dismissal.

Dated: 10/20/2013

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:
Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.